Ryan D. Harris, SBN 217154
Alise M. Malley, SBN 302995
HARRIS PERSONAL INJURY LAWYERS, INC.
629 State Street, Suite 201
Santa Barbara, California 93101
T.805.544.0100
F.805.544.0101

JS-6

Attorneys for Plaintiff Sharayah Herrera

## UNITED STATES DISTRICT COURT,
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARAYAH HERRERA, <br><br> Plaintiff, <br><br> vs. <br><br> CORIZON HEALTH, INC, et al., <br><br> Defendants. | 2:15-cv-09025-MWF-SS <br><br> [PROPOSED] ORDER RE: STIPULATION FOR PARTIAL DISMISSAL AND REMAND |

### [PROPOSED] ORDER

Pursuant to the parties' stipulation:

1. the second and fourth claims in Plaintiff Sharayah Herrera's operative Second Amended Complaint are dismissed with prejudice, with the parties each to bear their own fees and costs incurred in connection with the prosecution or defense of those claims, and

2. the case is remanded to Santa Barbara County Superior Court.

IT IS SO ORDERED:

Dated: November 30, 2016

_____
Hon. Michael W. Fitzgerald
United States District Court Judge